# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __6__

----------------------------------------

Terio

U.S.C.A. # _____
07cv4428(L); 07cv4429(C)

U.S.D.C. # __07cv4431(C); 07cv4432(C)__

-v-

JUDGE: __K M W__

Nicholson

DATE: __July 2, 2007__

----------------------------------------

## INDEX TO THE RECORD ON APPEAL
### For Consolidated Cases

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOC. #

DOCUMENT DESCRIPTION

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

(____) Supplemental Record

(**XXX**) Original Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 2ND Day of July, 2007.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ------------------------------------------- | U.S.C.A. # _____ |
| Terio | 07cv4428(L); 07cv4429(C) |
|  | U.S.D.C. # 07cv4431(C); 07cv4432(C) |
| -v- | JUDGE: K M W |
| Nicholson | DATE: July 2, 2007 |
| ------------------------------------------- |  |

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered 1 Through 5, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                Document Description

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 2ND Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231ST year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED, LEAD

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04428-KMW
### Internal Use Only

Terio v. Nicholson et al
Assigned to: Judge Kimba M. Wood
Demand: $18,000
Member case: (View Member Case)
Cause: 28:1331 Fed. Question: Other

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against R. James Nicholson. Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | | Magistrate Judge James C. Francis is so designated. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL; As the three complaints and one petition for a writ of mandamus all challenge the same conduct, I consolidate the four actions. The instant claims are barred by the doctrine of res judicata. Accordingly, the four actions are dismissed because they fail to state claim on which relief may be granted. Plaintiff is hereby warned that should be continue to file frivolous actions, he my be barred from filing actions in the future without leave from this Court. 28 U.S.C. 1915(e)(2) (B) (ii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the four consolidated actions be and is hereby dismissed. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Entered: 06/04/2007) |
| 06/25/2007 | 5 | NOTICE OF APPEAL from (4 in 1:07-cv-04428-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04431-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04429-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04432-KMW) Judgment - Sua Sponte (Complaint). Document filed by Vincent R. Terio, Vincent R. Terio. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 06/25/2007 | | Appeal Remark as to Notice of Appeal, filed by Vincent R. Terio. $455.00 APPEAL FEE DUE. IFP REVOKED 5/30/07. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: Notice of Appeal. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal to the District Judge re: Notice of Appeal. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |

APPEAL, CLOSED, MEMBER

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04429-KMW
### Internal Use Only

Terio v. Nicholson et al
Assigned to: Judge Kimba M. Wood
Lead case: 1:07-cv-04428-KMW
Member case: (View Member Case)
Cause: 28:1331 Fed. Question: Other

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against R. James Nicholson, James P. Terry. Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 |   | Magistrate Judge James C. Francis is so designated. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | (DUPLICATE ORIGINAL) ORDER OF DISMISSAL; As the three complaints and one petition for a writ of mandamus all challenge the same conduct, I consolidate the four actions. The instant claims are barred by the doctrine of res judicata. Accordingly, the four actions are dismissed because they fail to state claim on which relief may be granted. Plaintiff is hereby warned that should be continue to file frivolous actions, he my be barred from filing actions in the future without leave from this Court. 28 U.S.C. 1915(e)(2) (B) (ii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 05/30/2007 |   | CONSOLIDATED MEMBER CASE: Create association to 1:07-cv-04428-KMW. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the four consolidated actions be and is hereby dismissed. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 06/25/2007 |   | NOTICE OF APPEAL from (4 in 1:07-cv-04428-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04431-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04432-KMW) Judgment - Sua Sponte (Complaint). Document filed by Vincent R. Terio, Vincent R. Terio. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) Modified on 7/2/2007 (tp). (Entered: 07/02/2007) |
| 06/25/2007 |   | Appeal Remark as to Notice of Appeal, filed by Vincent R. Terio. $455.00 APPEAL FEE DUE. IFP REVOKED 5/30/07. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: Notice of Appeal. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 |   | Transmission of Notice of Appeal to the District Judge re: Notice of Appeal.Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |

APPEAL, CLOSED, MEMBER

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04431-KMW
### Internal Use Only

Terio v. Terry
Assigned to: Judge Kimba M. Wood
Lead case: 1:07-cv-04428-KMW
Member case: (View Member Case)
Cause: 28:1361 Petition for Writ of Mandamus

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: None
Nature of Suit: 540 Mandamus & Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | PETITION IN THE NATURE OF MANDAMUS against James P. Terry.Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | | Magistrate Judge Michael H. Dolinger is so designated. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | | CONSOLIDATED MEMBER CASE: Create association to 1:07-cv-04428-KMW.. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL; As the three complaints and one petition for a wirt of mandamus all challenge the same conduct, I consolidate the four actions. The instant claims are barred by the doctrine of res judicata. Accordingly, the four actions are dismissed because they fail to state claim on which relief may be granted. Plaintiff is hereby warned that should be continue to file frivolous actions, he my be barred from filing actions in the future without leave from this Court. 28 U.S.C. 1915(e)(2) (B) (ii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the four consolidated actions be and is hereby dismissed. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 06/25/2007 | | NOTICE OF APPEAL from (4 in 1:07-cv-04428-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04431-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04429-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04432-KMW) Judgment - Sua Sponte (Complaint). Document filed by Vincent R. Terio, Vincent R. Terio. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) Modified on 7/2/2007 (tp). (Entered: 07/02/2007) |
| 06/25/2007 | | Appeal Remark as to Notice of Appeal, filed by Vincent R. Terio. $455.00 APPEAL FEE DUE. IFP REVOKED 5/30/07. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: Notice of Appeal. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal to the District Judge re: Notice of Appeal.Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |

APPEAL, CLOSED, MEMBER

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:07-cv-04432-KMW
### Internal Use Only

Terio v. Nicholson et al
Assigned to: Judge Kimba M. Wood
Demand: $250,000
Lead case: 1:07-cv-04428-KMW
Member case: (View Member Case)
Cause: 28:1331 Fed. Question: Other

Date Filed: 05/30/2007
Date Terminated: 05/30/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 05/30/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 2 | COMPLAINT against R. James Nicholson, James P. Terry. Document filed by Vincent R. Terio.(jeh) (Entered: 06/04/2007) |
| 05/30/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | | CONSOLIDATED MEMBER CASE: Create association to 1:07-cv-04428-KMW. (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 3 | ORDER OF DISMISSAL; As the three complaints and one petition for a writ of mandamus all challenge the same conduct, I consolidate the four actions. The instant claims are barred by the doctrine of res judicata. Accordingly, the four actions are dismissed because they fail to state claim on which relief may be granted. Plaintiff is hereby warned that should be continue to file frivolous actions, he my be barred from filing actions in the future without leave from this Court. 28 U.S.C. 1915(e)(2) (B) (ii). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 05/30/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the four consolidated actions be and is hereby dismissed. 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 05/30/2007) (jeh) (Entered: 06/04/2007) |
| 06/25/2007 | | NOTICE OF APPEAL from (4 in 1:07-cv-04428-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04431-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04429-KMW) Judgment - Sua Sponte (Complaint); (4 in 1:07-cv-04432-KMW) Judgment - Sua Sponte (Complaint). Document filed by Vincent R. Terio, Vincent R. Terio. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) Modified on 7/2/2007 (tp). (Entered: 07/02/2007) |
| 06/25/2007 | | Appeal Remark as to Notice of Appeal, filed by Vincent R. Terio. $455.00 APPEAL FEE DUE. IFP REVOKED 5/30/07. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: Notice of Appeal. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |
| 07/02/2007 | | Transmission of Notice of Appeal to the District Judge re: Notice of Appeal. Filed In Associated Cases: 1:07-cv-04428-KMW, 1:07-cv-04429-KMW, 1:07-cv-04431-KMW, 1:07-cv-04432-KMW(tp) (Entered: 07/02/2007) |